**FILED**

JUN 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILBUR E. COOK,        :
                       :
        Plaintiff,     :
                       :
v.                     :     Civil Action No.  08 1125
                       :
WARDEN EDDIE LEE PEARSON, :
                       :
        Defendant.     :

## MEMORANDUM OPINION

This matter comes before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application and dismiss the complaint without prejudice.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

It appears that plaintiff was a District of Columbia prisoner who had been incarcerated at the District's Lorton Correctional Complex prior to his transfer to the Sussex II State Prison in 1999. Compl. at 2. The sole named defendant to this action is Warden Eddie Lee Pearson, the

Warden at Sussex II when plaintiff was incarcerated there.[1] Plaintiff alleges that he filed a civil action "against [Virginia] about the grooming policy that the state of [Virginia] did have the right to force plaintiff [] to have his dreadloc[ks] remove[d] from his head." *Id.* at 2. In addition, plaintiff states that he was a class member in *Green v. District of Columbia*, No. 90-973 (TFH) (D.D.C. July 8, 1994) (order approving settlement agreement), and that he should be a member of the class in *Anderson-Bey v. District of Columbia*, No. 00-2000 (RCL) (D.D.C. June 12, 2008) (order granting consent motion for final approval of proposed settlement and distribution). Compl. at 1-2.

As drafted, plaintiff's complaint does not comply with Rule 8(a). The Court is unable to determine the relevance of the class actions in this Court and any lawsuit plaintiff may have filed against Virginia in another federal district court. Moreover, plaintiff neither makes a short and plain statement showing his entitlement to relief as against defendant Pearson nor includes a demand for judgment for the relief he seeks. Accordingly, the complaint will be dismissed without prejudice.

An Order consistent with this Memorandum Opinion will be issued separately on this date.

DATE:

/s/ Ricardo M. Urbina
United States District Judge

6/19/08

---

[1] According to a March 9, 2006 press release published on the Virginia Department of Corrections website, Eddie L. Pearson was the Warden at Sussex II State Prison in Waverly, Virginia, prior to his transfer to the Powhatan Correctional Center in State Farm, Virginia.