**FILED**
JUN 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILBUR E. COOK,            :
                           :
        Plaintiff,         :
                           :
    v.                     :    Civil Action No.  08 1125
                           :
WARDEN EDDIE LEE PEARSON,  :
                           :
        Defendant.         :

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Ricardo M. Urbina
United States District Judge

DATE: 6/19/08